# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D21-1025

—————————————————

TARRUS KELLY,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

—————————————————

On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

September 22, 2021

PER CURIAM.

    AFFIRMED.

ROWE, C.J., and LEWIS and WINOKUR, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

Tarrus Kelly, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.